# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **YRC FREIGHT,** : | **CIVIL ACTION NO. 1:18-CV-1202** |
| : | |
| **Plaintiff** : | **(Chief Judge Conner)** |
| : | |
| v. : | |
| : | |
| **JOE DARRAH, INC., d/b/a** : | |
| **J&K SALVAGE,** : | |
| : | |
| **Defendant** : | |

## **ORDER**

AND NOW, this 13th day of May, 2019, upon consideration of the correspondence (Doc. 32) filed by plaintiff's counsel, requesting an extension of the case management deadlines in the above-captioned action, and the court observing that such requests must be made either by motion in accordance with the Local Rules of Court or by stipulated proposed order containing a signature line for judicial approval, (see Doc. 20 ¶ 4), it is hereby ORDERED that the improperly filed request (Doc. 32) is STRICKEN without prejudice to plaintiff's right to file a motion or stipulated proposed order in accordance with the court's case management order.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania